Certificate Number: 16339-PAE-DE-039685098

Bankruptcy Case Number: 25-11512



16339-PAE-DE-039685098

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 21, 2025, at 12:08 o'clock PM EDT, Kimberly Copes completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 21, 2025

By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor