IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 25-11512-amc |
| Kimberly J Copes | : |
| | : Chapter 7 |
| Debtor | : |
| | : Response Due: July 16, 2025 |
| | : Hearing: July 23, 2025 |
| Nissan Motor Acceptance Company LLC | : |
| f/k/a Nissan Motor Acceptance Corporation | : |
| | : |
| Movant | : |
| vs. | : |
| | : |
| Kimberly J Copes | : |
| | : |
| Debtor/Respondent | : |
| | : |
| Lynn E. Feldman | : |
| Trustee/Respondent | : |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation has filed a Motion with the court for Relief from the Automatic Stay.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before July 16, 2025 you or your attorney must do all of the following:

    (a) file an answer explaining your position at

    Robert N.C. Nix Sr. Federal Courthouse
    900 Market Street, Suite 204
    Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b) mail a copy to the movant's attorney:

      Pincus Law Group, PLLC
      Five Greentree Centre
      525 Route 73 North, Suite 309
      Marlton, NJ 08053

      2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on July 23, 2025 at 12:30 p.m.in Courtroom #4, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 204, Philadelphia, PA 19107.

      4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.You may contact the Bankruptcy Clerk's office(s) in Philadelphia at 215-408-2800 or Reading at 610 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

      Respectfully submitted,

Dated: June 17, 2025      **PINCUS LAW GROUP, PLLC**

      By:   /s/ Michael Clark
      Michael Clark, Esquire
      Five Greentree Centre
      525 Route 73 North, Suite 309
      Marlton, NJ 08053
      Telephone: 516-699-8902
      Fax: 516-279-6990
      Email: mclark@pincuslaw.com