**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 25-11512-amc |
| Kimberly J Copes | : |
| | : Chapter 7 |
| Debtor | : |
| | : Response Due: July 16, 2025 |
| | : Hearing: July 23, 2025 |
| Nissan Motor Acceptance Company LLC | : |
| f/k/a Nissan Motor Acceptance Corporation | : |
| | : |
| Movant | : |
| vs. | : |
| | : |
| Kimberly J Copes | : |
| | : |
| Debtor/Respondent | : |
| | : |
| Lynn E. Feldman | : |
| Trustee/Respondent | : |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

AND NOW, this _____ day of _____2025, upon the Motion of Movant, Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation, for Relief from the Automatic Stay, it is hereby:

**ORDERED AND DECREED THAT** the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby modified/terminated for cause pursuant to 11 U.S.C. § 362d as to the Movant, its agents, assigns or successors in interest, so that the Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Vehicle described as 2019 Nissan Sentra, 3N1AB7AP7KY285259 including but not limited to repossession of its Vehicle; and it is further

**ORDERED**, that the 14-day stay invoked pursuant to F.R.B.P. 4001(a)(3) is hereby waived; and it is further

**ORDERED,** that the order be binding and effective despite any conversion of this bankruptcy case to case under any other chapter of Title 11 of the United States Code.

Dated: _____

                                                                                                                _____
Honorable Ashely M. Chan
UNITED STATES BANKRUPTCY JUDGE