**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 25-11512-amc |
| Kimberly J Copes | : |
|  | : Chapter 7 |
| Debtor | : |
|  | : Response Due: July 16, 2025 |
|  | : Hearing: July 23, 2025 |
| Nissan Motor Acceptance Company LLC | : |
| f/k/a Nissan Motor Acceptance Corporation | : |
|  | : |
| Movant | : |
| vs. | : |
|  | : |
| Kimberly J Copes | : |
|  | : |
| Debtor/Respondent | : |
|  | : |
| Lynn E. Feldman | : |
| Trustee/Respondent | : |

## CERTIFICATION OF SERVICE

    I, Michael Clark, certify that on June 17, 2025 I served true and correct copies of the Motion for Relief from Automatic Stay and Notice of Hearing and Response Deadline on the following parties in the manner specified for each party below:

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Via ECF
*Attorney for Debtor*

Kimberly J Copes
1730 S 29th St
Philadelphia, PA 19145-1616
Via First Class Mail
*Debtor*

Lynn E. Feldman
Lynn E. Feldman, Trustee
2310 Walbert Ave
Ste 103
Allentown, PA 18104
Via ECF
*Trustee*

                                                    Respectfully submitted,

Dated: June 17, 2025                       **PINCUS LAW GROUP, PLLC**

                                          By:   /s/Michael Clark
                                                   Michael Clark, Esquire
                                                   Five Greentree Centre
                                                   525 Route 73 North, Suite 309
                                                   Marlton, NJ 08053
                                                   Telephone: 516-699-8902
                                                   Fax: 516-279-6990
                                                   Email: mclark@pincuslaw.com