# EXHIBIT "B"

# J.D. POWER

5/8/2025

## J.D. POWER Used Cars/Trucks

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2019 Nissan Sentra Sedan 4D SV 1.8L I4 |
| Region: | Eastern |
| Period: | April 17, 2025 |
| VIN: | 3N1AB7AP7KY285259 |
| Mileage: | 82,500 |
| Base MSRP: | $19,290 |
| Typically Equipped MSRP: | $20,215 |
| Weight: | 2,895 |



## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Used** | | | | |
| Rough Trade-In | $5,725 | N/A | N/A | **$5,725** |
| Average Trade-In | $6,675 | N/A | N/A | **$6,675** |
| Clean Trade-In | $7,450 | N/A | N/A | **$7,450** |
| Clean Loan | $6,725 | N/A | N/A | **$6,725** |
| Clean Retail | $13,650 | N/A | N/A | **$13,650** |
| **Weekly Auction** | | | | |
| Low | $4,200 | N/A | N/A | **$4,200** |
| Average | $6,450 | N/A | N/A | **$6,450** |
| High | $8,725 | N/A | N/A | **$8,725** |

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Aluminum/Alloy Wheels | w/body | w/body |