# EXHIBIT "C"



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Nissan Motor Acceptance Company LLC

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| Account Number | 00102446729620001 | Financed Date | 5/23/2022 |
| Loan Number | | Perfected Date | 6/7/2022 |
| Branch | 024 | Payoff Date | |
| Borrower 1 | COPES, KIMBERLY J | Dealer ID | 03160 |
| Borrower 2 | | Dealer | CHAPMAN NISSAN, LLC |
| Borrower Address | 1730 S 29TH ST<br>PHILADELPHIA, PA 191451616 | Dealer Address | 6723 ESSINGTON AVE<br>PHILADELPHIA, PA 19153 |

### Lienholder

| | |
|---|---|
| ELT Lien ID | 95368038602 |
| Lienholder | NISSAN MOTOR ACCEPTANCE COMPANY LLC |
| Lienholder Address | PO BOX 254648<br>SACRAMENTO, CA 95865 |
| Lien Release Date | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| VIN | 3N1AB7AP7KY285259 | Issuance Date | 6/7/2022 |
| Title Number | 80148894 | Received Date | 6/7/2022 |
| Title State | PA | ELT/Paper | ELECTRONIC |
| Year | 2019 | Odometer Reading | 17418 |
| Make | NISS | Branding | |
| Model | SEN | | |
| Owner 1 | COPES,KIMBERLY J | | |
| Owner 2 | | | |
| Owner Address | 1730 S 29TH ST<br>PHILADELPHIA, PA 19145 | | |

Printed: Wednesday, May 7, 2025 7:10:47 AM PST