## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 25-11512-amc |
| Kimberly J Copes | : |
| | : Chapter 07 |
| Debtor | : |
| | : Response Due: July 16, 2025 |
| | : Hearing: July 23, 2025 |
| Nissan Motor Acceptance Company LLC | : |
| f/k/a Nissan Motor Acceptance Corporation | : |
| | : |
| Movant | : |
| vs. | : |
| | : |
| Kimberly J Copes | : |
| | : |
| Debtor/Respondents | : |
| | : |
| Lynn E. Feldman | : |
| Trustee/Respondent | : |

## CERTIFICATION OF NO OBJECTION TO
## MOTION FOR RELIEF FROM STAY

I, Michael Clark, Esquire, counsel for Nissan Motor Acceptance Company LLC f/k/a Nissan Motor Acceptance Corporation ("Movant"), hereby certifies that no answer, objection, or other response to the Motion for Relief from Stay has been filed with the Court or served upon undersigned counsel.

WHEREFORE, Movant Prays this Honorable Court to grant relief requested in the Motion.

Respectfully submitted,

Dated: July 21, 2025

**PINCUS LAW GROUP, PLLC**

By:  /s/ Michael Clark
Michael Clark, Esquire
Five Greentree Centre
525 Route 73 North, Suite 309
Marlton, NJ 08053
Telephone: 516-699-8902
Fax: 516-279-6990
Email: mclark@pincuslaw.com