**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 25-11512-amc |
| Kimberly J Copes | : |
| | : Chapter 07 |
| Debtor | : |
| | : Response Due: July 16, 2025 |
| | : Hearing: July 23, 2025 |
| Nissan Motor Acceptance Company LLC | : |
| f/k/a Nissan Motor Acceptance Corporation | : |
| | : |
| Movant | : |
| vs. | : |
| | : |
| Kimberly J Copes | : |
| | : |
| Debtor/Respondents | : |
| | : |
| Lynn E. Feldman | : |
| Trustee/Respondent | : |

**CERTIFICATION OF SERVICE**

    I, Michael Clark, certify that on July 21, 2025, I served true and correct copies of the Certification of No Objection to Motion for Relief from Automatic Stay and Notice of Hearing and Response Deadline e on the following parties in the manner specified for each party below:

Michael A. Cibik
Via ECF
Attorney for Debtor

Lynn E. Feldman
Via ECF
Trustee

Kimberly J Copes
1730 S 29th St
Philadelphia, PA 19145-1616
Via First Class Mail
Debtor

    Respectfully submitted,

Dated: July 21, 2025            **PINCUS LAW GROUP, PLLC**

                                   By:    /s/ Michael Clark
                                             Michael Clark, Esquire
                                             Five Greentree Centre
                                             525 Route 73 North, Suite 309
                                             Marlton, NJ 08053
                                             Telephone: 516-699-8902
                                             Fax: 516-279-6990
                                             Email: mclark@pincuslaw.com