United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-11512-amc

Kimberly J Copes                                                                         Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                  User: admin                                              Page 1 of 1

Date Rcvd: Jul 25, 2025                          Form ID: pdf900                                   Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Kimberly J Copes, 1730 S 29th St, Philadelphia, PA 19145-1616 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2025                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Kimberly J Copes help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Nissan Motor Acceptance Company LLC f/k/a Nissan Motor Acceptance Corporation mclark@pincuslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                                 : Bankruptcy No. 25-11512-amc
Kimberly J Copes                                       :
                                                       : Chapter 7
          Debtor                                       :
                                                       : Response Due: July 16, 2025
                                                       : Hearing: July 23, 2025
Nissan Motor Acceptance Company LLC       :
f/k/a Nissan Motor Acceptance Corporation  :
                                                       :
             Movant                              :
        vs.                                           :
                                                       :
Kimberly J Copes                                       :
                                                       :
          Debtor/Respondent                  :
                                                       :
 Lynn E. Feldman                                       :
      Trustee/Respondent                      :

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

AND NOW, this ____25th____ day of ____July_____2025, upon the Motion of

Movant, Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation,

for Relief from the Automatic Stay, it is hereby:

**ORDERED AND DECREED THAT** the automatic stay in effect pursuant to 11 U.S.C.

§ 362(a) , is hereby modified/terminated for cause pursuant to 11 U.S.C. § 362d as to the Movant,

its agents, assigns or successors in interest, so that the Movant, its agents, assigns or successors in

interest, may take any and all action under applicable state law to exercise its remedies against the

Vehicle described as 2019 Nissan Sentra, 3N1AB7AP7KY285259 including but not limited to

repossession of its Vehicle; and it is further

**ORDERED**, that the 14-day stay invoked pursuant to F.R.B.P. 4001(a)(3) is hereby

waived; and it is further

**ORDERED,** that the order be binding and effective despite any conversion of this

bankruptcy case to case under any other chapter of Title 11 of the United States Code.

Dated: July 25, 2025

_____

Honorable Ashely M. Chan
UNITED STATES BANKRUPTCY JUDGE