United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kimberly J Copes  
    Debtor

Case No. 25-11512-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Jul 30, 2025 | Form ID: 318 | Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Kimberly J Copes, 1730 S 29th St, Philadelphia, PA 19145-1616 |
| 14999183 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14999190 | Target NB, C/O Financial & Retail Services Mailstop, Minneapolis, MN 55440 |
| 14999193 | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: QLEFELDMAN.COM | Jul 31 2025 04:13:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | Email/Text: megan.harper@phila.gov | Jul 31 2025 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | EDI: PENNDEPTREV | Jul 31 2025 04:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14999156 | + Email/PDF: AffirmBKNotifications@resurgent.com | Jul 31 2025 00:20:50 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14999157 | EDI: GMACFS.COM | Jul 31 2025 04:13:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14999158 | Email/PDF: bncnotices@becket-lee.com | Jul 31 2025 00:32:23 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14999159 | EDI: TSYS2 | Jul 31 2025 04:13:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14999161 | Email/Text: megan.harper@phila.gov | Jul 31 2025 00:15:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14999160 | EDI: CAPITALONE.COM | Jul 31 2025 04:13:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14999162 | Email/Text: bankruptcy@philapark.org | Jul 31 2025 00:15:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14999163 | + EDI: WFNNB.COM | Jul 31 2025 04:13:00 | Comenity Bank/Catherines, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14999164 | + EDI: WFNNB.COM | Jul 31 2025 04:13:00 | Comenity Bank/Jessica London, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14999165 | + EDI: WFNNB.COM | Jul 31 2025 04:13:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14999166 | + EDI: WFNNB.COM | | |

Case 25-11512-amc    Doc 19    Filed 08/01/25    Entered 08/02/25 00:39:45    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2025 | Form ID: 318 | Total Noticed: 42 |

| Recipient ID | | Delivery Method | Timestamp | Recipient |
|---|---|---|---|---|
| 14999167 | + | EDI: WFNNB.COM | Jul 31 2025 04:13:00 | Comenity Bank/Overstock, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14999168 | + | EDI: WFNNB.COM | Jul 31 2025 04:13:00 | Comenity Capital/famous, Attn: Bankruptcy POB 182125, Columbus, OH 43218-2125 |
| 14999169 | + | EDI: WFNNB.COM | Jul 31 2025 04:13:00 | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14999170 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 31 2025 04:13:00 | Comenitybank/Onetop, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14999171 | | EDI: DISCOVER | Jul 31 2025 00:20:30 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14999172 | + | EDI: PHINGENESIS | Jul 31 2025 04:13:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14999173 | + | EDI: CBS7AVE | Jul 31 2025 04:13:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14999174 | | EDI: IRS.COM | Jul 31 2025 04:13:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, PO Box 2825, Monroe, WI 53566-8025 |
| 14999175 | | Email/Text: bankruptcy@marinerfinance.com | Jul 31 2025 04:13:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14999176 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 31 2025 00:15:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14999177 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 31 2025 00:15:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14999178 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 31 2025 00:15:00 | Nmac, Pob 660366, Dallas, TX 75266-0366 |
| 14999179 | | Email/Text: fesbank@attorneygeneral.gov | Jul 31 2025 00:15:00 | PECO, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14999182 | ^ | MEBN | Jul 31 2025 00:15:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14999180 | | EDI: PENNDEPTREV | Jul 31 2025 00:13:52 | PGW, Legal - Bankruptcy Unit, 800 W. Montgomery Avenue Dept. 3rd Floor, Philadelphia, PA 19122-2806 |
| 14999181 | ^ | MEBN | Jul 31 2025 04:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14999184 | | Email/Text: bankruptcy@philapark.org | Jul 31 2025 00:14:03 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14999185 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 31 2025 00:15:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14999187 | | EDI: SYNC | Jul 31 2025 00:20:50 | Plusfinance/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14999186 | | EDI: SYNC | Jul 31 2025 04:13:00 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14999188 | + | EDI: SYNC | Jul 31 2025 04:13:00 | Syncb/home Design Se, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14999189 | + | EDI: SYNC | Jul 31 2025 04:13:00 | Syncb/walm, Po Box 71746, Philadelphia, PA 19176-1746 |
| 14999191 | + | EDI: TDBANKNORTH.COM | Jul 31 2025 04:13:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| | | | Jul 31 2025 04:13:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2025 | Form ID: 318 | Total Noticed: 42 |

| 14999192 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 31 2025 00:15:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
|---|---|---|---|

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 01, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Kimberly J Copes help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Nissan Motor Acceptance Company LLC f/k/a Nissan Motor Acceptance Corporation mclark@pincuslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kimberly J Copes<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0779<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 25–11512–amc | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kimberly J Copes

7/29/25

**By the court:** <u>Ashely M. Chan</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**